IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA UNITED FOOD AND COMMERCIAL WORKERS HEALTH AND WELFARE TRUST,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br><br>THE TRADING UNION, INC., an Alaska corporation,<br><br>　　　　　　　　Defendant. | Case No. 3:22-cv-00264-JMK |

## ORDER OF DISMISSAL

This matter is before the Court on the Parties' stipulated motion for an order of dismissal under Fed. R. Civ. P. 41(a). Pursuant to the stipulation, the Parties have resolved the claims and defenses asserted in this matter.

The Court has reviewed the motion, as well as the pleadings, files, and court records in this matter. Being otherwise fully advised, the Court also ORDERS:

1. The Parties' stipulated motion is GRANTED;
2. No additional fees and costs shall be awarded to either Party; and
3. The Clerk of Court is directed to close the case.

Dated: April 17, 2023　　　　　*/s/ Joshua M. Kindred*
　　　　　　　　　　　　　　　Honorable Joshua M. Kindred
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE